## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1989 | **DATE** | 7/25/2007 |
| **CASE TITLE** | Welter vs. Hospira Worldwide, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation [24], the above-entitled case is dismissed with prejudice. Status hearing date of 8/21/07 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|